# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT LOUIS TATE, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-11-370-R |
| JUSTIN JONES, Director, | ) ) ) |
| Respondent. | ) ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered November 29, 2011. Doc. No. 22. Petitioner has been granted several extensions of time in which to file his objection to the Report and Recommendation. Pursuant to the last extension of time, his objection was due on March 19, 2012, but Petitioner has not objected nor has he sought any additional extensions of time in which to object. Accordingly, the Report and Recommendation of the Magistrate Judge is ADOPTED and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

IT IS SO ORDERED this 29th day of March, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE